IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| MARIA D. PONCE, | ) | NO.: 16-40877-TAB |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: TIMOTHY A. BARNES |
| | ) | |

**CERTIFICATE OF SERVICE**

TO: SEE ATTACHED ADDRESSES

**CERTIFICATION**

I, the undersigned Attorney, Certify that I served a copy of this Order to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on March 12, 2021, with proper postage prepaid.

                                                                          McCalla Raymer Leibert Pierce, LLC
                                                                          /s/ Dana O'Brien
                                                                          ARDC# 6256415
                                                                          1 N. Dearborn Suite 1200
                                                                          Chicago, IL 60602
                                                                          (312) 346-9088

File No. PMHL-19-00502-2

## SERVICE LIST

To Trustee:  *by Electronic Notice through ECF*
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604


To Debtor:
Maria D. Ponce  *Served via U.S. Mail*
3624 W 56th St
Chicago, IL 60629


To Attorney:  *by Electronic Notice through ECF*
Joseph S Davidson
Law Offices of Joseph P. Doyle, LLC
105 S. Roselle Rd.
Schaumburg, IL 60193


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| MARIA D. PONCE, | ) NO.: 16-40877-TAB |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: TIMOTHY A. BARNES |
| | ) |

**NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC**

Now comes PennyMac Loan Services, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice Forbearance Agreement to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of three (3) months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting November 1, 2020 through January 1, 2021. Debtor has requested to extend their forbearance period to include the mortgage payments February 1, 2021 through April 1, 2021.

Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. Furthermore, Creditor does not waive its rights under other applicable nonbankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

Debtor will resume mortgage payments beginning February 1, 2021 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

Creditor does not waive its rights to seek relief from the automatic stay for other reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

In the event it is not the intent of the Debtor to extend the COVID-19 forbearance period, upon receipt of notification from the Debtor or Debtor's counsel, the forbearance extension will be cancelled, and this notice will be withdrawn.

Respectfully submitted,
/s/ *Dana O'Brien*
Dana N. O'Brien, IL Bar No. 6256415
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
(678) 281-6444
dana.obrien@mccalla.com