**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>William M Pulley<br><br>AND ATTACHED LIST OF CASES | Case No.: 16-27310 et al.<br><br>Chapter: 13<br><br>Judge LaShonda A. Hunt |

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Karl Meyer formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY Joel P. Fonferko, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for various Creditors in the case above and on the attached list of cases. Karl Meyer formerly of Codilis & Associates, P.C. withdraws their appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Karl Meyer | Joel P. Fonferko |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Karl Meyer                                         /s/ Joel P. Fonferko

RESPECTFULLY SUBMITTED,

/s/ Joel P. Fonferko

April 26, 2021

NOTE: This law firm is a debt collector.

Attached List of Cases:

| BK Case # | Debtor(s) |
|---|---|
| 16-27310 | William M Pulley |
| 16-28746 | Jacqueline Lowe |
| 16-30188 | Dwayne Anthony Duplessis, Sr. and Phyllis D Duplessis |
| 16-31635 | Stephen M Moudry |
| 16-36819 | Brian D Strong and Shellise C Strong |
| 16-38443 | Jodi R Cooper |
| 16-39884 | Yvette C. Simpson |
| 16-40877 | Maria D. Ponce |
| 17-00881 | Rizaline Parker and Raymond Parker, Jr |
| 17-04355 | Shirley W Viverette |
| 17-04710 | Debra Lane |
| 17-04826 | Marija Rancic |
| 17-04942 | Yolanda Harper |
| 17-05171 | Robert James Flynn |
| 17-05193 | Ricardo R Arias and Elizabeth A Arias |
| 17-06355 | Pamela A Bal |
| 17-08846 | Danny William Shick and Sonda Latricia Shick |
| 17-08925 | Sara Michelle Wuest |
| 17-09139 | Michael Leonard Weitzel and Phoebe Eileen Weitzel |
| 17-09722 | Angelo Tsagalis and Julie Tsagalis |
| 17-10157 | Joel Martinez |
| 17-10852 | James E Radakovitz and Christina Marie Radakovitz |
| 17-11475 | Donna Jean Slupik |
| 17-11513 | Regina L Fleming |
| 17-13342 | James Raymond Letzkus, Jr. |
| 17-14030 | Daniel Kurt Lasson and Cheryl A Lasson |
| 17-15517 | Grace Robinson |
| 17-17536 | Eric Zigman and Deborah Zigman |
| 17-17599 | Janet Cornett |
| 17-18221 | Jose Fernandez |
| 17-18950 | Dewitt BiLoche and Belinda M. BiLoche |
| 17-19008 | John Samuel Preus and Megan Christine Cummins |
| 17-19346 | Adoria Webb |
| 17-19474 | Jody L. Gula |
| 17-19697 | Derrick Parker and Jimika C Parker |
| 17-21763 | Manuel Mario Rosales |

| | |
|---|---|
| 17-22305 | Kinisha L Alexander |
| 17-22581 | Samuel Lewis Clark |
| 17-23226 | Jeffrey John Ezerski and Catherine Ann Zelek |
| 17-23303 | Joseph S. Choat |
| 17-23531 | Boguslawa Chyrka |
| 17-23740 | James Alexander |
| 17-23759 | Dirk B Wolgast and Janice K Wolgast |
| 17-23963 | MaryEllen Manade |
| 17-24303 | William Kenneth Gilmore and Alexandra M Gilmore |
| 17-24363 | David Andres Gomez |
| 17-81970 | Michelle A. Turner-Mitchell |
| 17-25593 | Daniel John McCarrin, Jr. |
| 15-00280 | John J Degrazio, Jr. |
| 15-41274 | Willie R McCoy |