**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Maria Ponce,<br><br>      Debtor. | Case No. 16-bk-40877<br><br>Chapter 13<br><br>Honorable Timothy A. Barnes |

## PENNYMAC LOAN SERVICES, LLC'S NOTICE OF OBJECTION AND REQUEST FOR ENTRY OF AGREED BRIEFING SCHEDULE

PennyMac Loan Services, LLC ("PennyMac"), hereby objects to the *Debtor's Motion for Sanctions Against PennyMac Loan Services, LLC for Violations of Fed. R. Bankr. P. 3002.1(c)* [Dkt. 51] (the "***Motion***") and respectfully requests that a briefing schedule be set on the Motion without the need for the Motion to be called on the presentment date. PennyMac and the Debtor have conferred and have agreed on the following briefing schedule:

- PennyMac's response to the Motion would be due on or before February 3, 2022
- The Debtor's reply would be due on or before February 17, 2022

PennyMac respectfully requests that the Court enter an agreed order setting the foregoing briefing schedule without the need for the Motion to be called on the presentment date.

January 4, 2022

Respectfully submitted,

PENNYMAC LOAN SERVICES, LLC

BY:  /s/ *Michael B. Kind*
      One of Its Attorneys

Simon Fleischmann
Michael B. Kind
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606

101854035v.3

-2-

Phone: (312) 201-2392 (MBK)
Fax: (312) 443-0336
sfleischmann@lockelord.com
michael.kind@lockelord.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all parties entitled to electronic notice, including the Debtor as indicated below, by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Northern District of Illinois on the date hereof.

/s/ *Michael B. Kind*

**Via CM/ECF**

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone (630) 575-8180
mbadwan@sulaimanlaw.com
*Counsel for the Debtor*

101854035v.3